No. 01–71. HONEYWELL, INC., ET AL. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

OCTOBER 16, 2001

No. 01–6728 (01A331). BECK *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution. 

OCTOBER 17, 2001

No. 01–6772 (01A323). IN RE HALE. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Motion for discovery denied. Petition for writ of habeas corpus denied.

OCTOBER 18, 2001

No. 00–1214. ALABAMA *v.* SHELTON. Sup. Ct. Ala. [Certiorari granted, 532 U. S. 1018.] Case removed from November 2001 Argument Calendar. Charles Fried, Esq., of Cambridge, Mass., is invited to file a brief and to argue, as *amicus curiae,* in opposition to the judgment below and in support of the following position: Where counsel is not afforded to an indigent defendant, the Constitution of the United States does not bar the imposition of a suspended or probationary sentence upon conviction of a misdemeanor, even though the defendant might be incarcerated in the event probation is revoked. Brief as *amicus curiae* is to be filed with the Clerk and served upon the parties on or before 3 p.m., Monday, December 10, 2001. Any response by the parties may be filed with the Clerk and served upon opposing parties and *amicus curiae* on or before 3 p.m., Friday, January 11, 2002. This Court's Rule 29.2 is suspended in this case. Ten minutes of petitioner's time are allotted to Mr. Fried for oral argument.